UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:98-cr-00171-GEB |
| Plaintiff, | |
| v. | ORDER |
| DANIEL GREGORY ROSEN, HELMI ZAKY MANSOUR and AYMAN MANSOUR, | |
| Defendants. | |

The parties' request in their Stipulation filed August 30, 2005, to continue the date by which briefs are required on the issue whether the sentence previously imposed for each defendant "would have been materially different had the district court known that the Guidelines were advisory . . .," *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir. 2005) (en banc), is granted. Therefore, the briefs shall be filed by 4:30 p.m. on October 6, 2005.

IT IS SO ORDERED.

DATED: August 30, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge