Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111
Fax: 559/442-3164

Attorney for defendants HELMI ZAKI
MANSOUR and AYMAN MANSOUR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL GREGORY ROSEN,<br>HELMI ZAKI MANSOUR and<br>AYMAN MANSOUR,<br><br>    Defendants. | 2:98-cr-00171 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS' *AMELINE* SUBMITTALS |

On August 19, 2005, this Court issued an Order that no later than September 19, 2005 all counsel submit briefing asserting their respective clients' positions as to whether the sentences previously imposed in this case "would have been materially different had the district court known that the Guidelines were advisory." [Order at p. 1, quoting *United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005 [en banc).] To enable counsel for the Mansours to confer with her clients, and pursuant to

1

1  stipulation of all parties, the Court has granted an extension until October 6, 2005 for

2  submittal of such briefing.

3        As a result of Ms. Milrod's September 22, 2005 conference with her clients at

4  the Taft Correctional Institution, she has become aware of several matters which

5  require extensive additional investigation.  In addition, Ms. McNamara requires

6  time adequately to investigate and prepare her submittal to the Court.

7        For these reasons, the plaintiff UNITED STATES OF AMERICA and

8  defendants DANIEL GREGORY ROSEN, HELMI ZAKI MANSOUR and AYMAN

9  MANSOUR hereby agree and stipulate to an order extending the parties' time to

10  submit the briefing described in the Court's Order of August 19, 2005 to and

11  through December 19, 2005.

12        IT IS SO STIPULATED.

13  Dated:  September 28, 2005     McGREGOR W. SCOTT
                                          United States Attorney

14

15                                           /s/ Samantha Spangler
                                          By   SAMANTHA SPANGLER

16                                              Assistant United States Attorney

17  Dated: September 28, 2005     SWANSON & MCNAMARA LLP

18                                           /s/ Mary McNamara

19                                           By   MARY McNAMARA
                                          Attorney for DANIEL GREGORY
                                          ROSEN

20  Dated: September 28, 2005

21                                           /s/ Patience Milrod

22                                           PATIENCE MILROD
                                          Attorney for HELMI ZAKI
                                          MANSOUR and AYMAN MANSOUR

## [PROPOSED] ORDER

Having read and considered the stipulation by and between the plaintiff and the defendants, and good cause appearing therefor,

IT IS HEREBY ORDERED that the time for each party's counsel to file and serve briefing as required by this Court's August 19, 2005 Order is extended to and through December 16, 2005.

DATED: September 29, 2005                    /s/ Garland E. Burrell, Jr.
                                             GARLAND E. BURRELL, JR.
                                             United States District Judge