IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )
                                 )    2:98-cr-0171-GEB
              Plaintiff,         )
                                 )    ORDER
     v.                          )
                                 )
DANIEL GREGORY ROSEN,            )
                                 )
              Defendant.         )
                                 )
```

On August 24, 2006, Defendant Daniel Rosen filed a motion to amend his Presentence Report ("PSR") "to include a recommendation for referral to the Bureau of Prison's Comprehensive Residential Drug Program . . . ," and for "the Court [to] issue a recommendation to the Bureau of Prisons that he participate in the program." (Def.'s Mot. at 1.) On September 14, 2006, the government filed an opposition to the motion arguing, inter alia, it is untimely.

Rosen's request to amend his PSR is untimely under Local Rule 32-460(g), and I do not elect to make the recommendation he seeks. Therefore, the motion is denied.

IT IS SO ORDERED.

Dated: September 20, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge