IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:98-cr-0171-GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DANIEL GREGORY ROSEN, ) | |
| ) | |
| Defendant. ) | |

On December 15, 2006, Defendant filed a "Petition for Release of Presentence Report Worksheet" in which he seeks "an Order releasing to [his counsel] a copy of [his] . . . Presentence Report [W]orksheet to aid him in petitioning the [Bureau of Prisons] for placement in [their Residential Drug Abuse Program]." (Petition at 1-2.)

Since Defendant's Presentence Report contains Probation's findings, the request is denied .

IT IS SO ORDERED.

Dated: December 20, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

1