```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:98-cr-171 GEB |
|---|---|---|
| Plaintiff, | ) | AMENDED [PROPOSED] ORDER LIFTING STAY OF EXECUTION OF |
| v. | ) | JUDGMENT OF FORFEITURE OF REAL PROPERTY |
| DANIEL GREGORY ROSEN, et al. | ) | |
| Defendants. | ) | Judge: Garland E. Burrell, Jr. |

On June 25, 2001, the Court entered final orders of forfeiture of three parcels of real property that had previously been ordered forfeited from defendant Daniel Gregory Rosen. C.R. 549, 550. On May 11, 2001, the Court entered an order upon the parties' stipulation staying the disposition of those three parcels of real property pending exhaustion of Mr. Rosen's direct appeal rights. C.R. 531. On November 8, 2007, the government filed a motion to lift that stay. C.R. 746. On December 5, 2007, Mr. Rosen's counsel filed a letter informing the Court that no opposition to the government's motion would be filed and that counsel did not anticipate attending the hearing on the motion, set for December 7, 2007. C.R. 750. When the matter was called on December 7, 2007, Mr. Rosen's counsel was not present and did

not make an appearance. Assistant U.S. Attorney Samantha S. Spangler appeared on behalf of the government.

Accordingly, for the reasons stated in the government's motion and good cause appearing, IT IS HEREBY ORDERED:

1. The stay of disposition of forfeiture of real property, entered by this Court's order upon the stipulation of the parties, filed May 11, 2001, is HEREBY LIFTED.

2. The United States of America is now authorized to dispose of the following items of forfeited real property:

   a) The government's interest of $139,716.22 in real property located at 16925 Golden Arrow Drive, Cottonwood, Tehama County, California, Assessor's Parcel Number 7-530-25, plus (as a substituted asset, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(p)) the balance of Daniel Gregory Rosen's interest in said property;

   b) Real property located at 462-520 Park Lane, Clear Creek, Lassen County, California, Assessor's Parcel Number 123-082-13, and

   c) Real property located at 462-590 Park Lane, Clear Creek, Lassen County, California, Assessor's Parcel Numbers 123-082-11 and 123-082-14.

IT IS SO ORDERED.

Dated: December 7, 2007

GARLAND E. BURRELL, JR.
United States District Judge